THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Billy Shane
 Tucker, Appellant.
 
 
 

Appeal From Anderson County
  Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2008-UP-622
 Submitted November 3, 2008  Filed
November 12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; Solicitor Christina Theos Adams, of Anderson, for
 Respondent.
 
 
 

PER CURIAM: Billy Shane Tucker appeals his convictions for murder,
 assault and battery with intent to kill, and possession of a weapon during the
 commission of a violent crime, for which Tucker received consecutive sentences
 of life imprisonment, twenty years, and five years, respectively.  Tucker
 argues the trial court lacked subject matter jurisdiction to try him because
 the indictment purported to have been presented to the court of general
 sessions on a date the court did not convene. After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.